**STATE of Louisiana, through and for the Use and Benefit of Rayford L. WELLS**

v.

**Thomas B. CONNER and Edna Ficklin Causey.**

No. 47064.

Feb. 14, 1964.

In re: Edna Ficklin Causey applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge   158 So.2d 321.

The application is denied. According to the facts of this case as found by the Court of Appeal, we find no error of law in the judgment complained of.

160 So.2d 228

**Oliver C. TAPP**

v.

**GUARANTY FINANCE COMPANY, Inc., and Elmer A. Uffman.**

No. 47069.

Feb. 14, 1964.

In re: Guaranty Finance Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 158 So.2d 228.

Writ refused. On the facts found by the Court of Appeal the result is correct.

FOURNET, C. J., is of the opinion the judgment complained of is wrong and the writ should be granted. The judgment sought to have annulled was granted by a court of competent jurisdiction after service of citation on the defendant, a default duly entered and after proper delays, hence the judgment can only be annulled for causes set forth in the Code of Civil Procedure and subject to the one year prescription therein provided.

McCALEB, J., thinks that a writ should be granted, being in accord with the views of FOURNET, C. J.

SANDERS, J., is of the opinion that a writ should be granted on the ground that the one year prescription of Article 2004, LSA–Code of Civil Procedure, is applicable to the action to annul the deficiency judgment.